4:17cv1481 NCC

Kevin Kunday Williams
aka - Kunday Sadipo
301 North 2nd Street
Saint Charles, MO 63301

To the office of the
Gregory J. Linhares the clerk
of the court for the
United States District court
Eastern District of Missouri
Saint Louis, Division

RECEIVED
MAY 24 2017
BY MAIL

Kevin Kunday Williams
Vs
① Dr Llyonde (Medical Doctor)
② Debbie Echek
③ Larry Crawford (Correction Director)

Cause No

This Application was submitted on May 9th, 2017 by defense counsel Ms Brocca Morrison, I have not received a feedback or any information, I will like to know if it was submitted, and File Cause No. I have no Information.

Respectfully Requested

[signature]

File
KW
5/22/17