UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEVIN KUNLAY WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:17-CV-1481 NCC |
| UNKNOWN LLOYNDE, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Before the Court is plaintiff second motion to proceed in forma pauperis on appeal. The Court denied plaintiff first motion on August 17, 2017, after it made a finding on the dismissal of this action that an appeal would not be taken in good faith.

When the Court denied plaintiff leave to appeal in forma pauperis on August 17, 2017, the Court informed plaintiff that all further motions should be filed in the Eighth Circuit Court of Appeals. The caption on the instant motion states, "United States Court of Appeals for the Eighth Circuit." Therefore, the Court will deny the instant motion without prejudice and order the Clerk of Court to transfer the instant motion to the Eighth Circuit Court of Appeals for ruling in that Court.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis on appeal [Doc. #14] is **DENIED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall transfer Docket No. 14 to the Eighth Circuit Court of Appeals to be ruled on in the Appellate Court.

Dated this 28th day of August, 2017.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE