UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEVIN KUNLAY WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:17-CV-01481-NCC |
| ) | |
| UNKNOWN LLOYNDE, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on remand from the United States Court of Appeals for the Eighth Circuit to collect the appellate filing fee. Plaintiff, a prisoner, has not submitted a prison account statement as required by 28 U.S.C. § 1915(a)(2). As a result, the Court will order plaintiff to submit a certified copy of his prisoner account statement for the six-month period immediately preceding the filing of the notice of appeal.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall submit a certified copy of his prisoner account statement for the six-month period immediately preceding the filing of the notice of appeal within thirty (30) days of the date of this Order. *See* 28 U.S.C. § 1915(a)(2).

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will impose a reasonable initial partial filing fee.

Dated this 1st day of December, 2017.

\s\ Jean C. Hamilton
**JEAN C. HAMILTON**
**UNITED STATES DISTRICT JUDGE**