UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| KEVIN KUNLAY WILLIAMS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:17-CV-1481 NCC |
| UNKNOWN LLOYNDE, et al., | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Upon review of the record the Court notes that plaintiff has not responded to the Court's December 1, 2017 Order requiring him to submit an account statement for the purposes of imposing a reasonable appellate filing fee. As such, the Court will impose a reasonable appellate filing fee, as required by the Eighth Circuit Court of Appeals.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff must pay an initial filing fee of $1.00 within thirty (30) days of the date of this Order. Plaintiff is instructed to make his remittance payable to "Clerk, United States District Court," and to include upon it: (1) his name; (2) his prison registration number; (3) the case number; and (4) that the remittance is for an appellate proceeding.

Dated this 18th day of January, 2018.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE